**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **November 4, 2019** |
| **TIME:** | **10: 00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 19-3721 (DLI)** |
| **NAME OF CASE(S):** | **Merchan et al v. MTP Parking Lot et al** |
| **FOR PLAINTIFF(S):** | **Kichloo** |
| **FOR DEFENDANT(S):** | **Maeng** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**INITIAL CONFERENCE RULINGS:**

**The parties expect to exchange relevant documents over the next thirty days.**

**THIS CASE IS REFERRED TO THE COURT'S FLSA MEDIATION PROGRAM.**