UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilson Morocho, Diego Cajas, Jonathan Alejandro Espinoza Cajas, and Gustavo Merchan,<br><br>                                    Plaintiffs,<br>          - against -<br><br>MTP Parking Lot, MTP Investment Group MTP Operating Corp., and LIC Operating 49 LLC,<br><br>                                    Defendants, | Case No. 1:19-cv-03729<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

To: The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Ken Maeng is no longer employed with Hang & Associates PLLC. Hang & Associates PLLC will continue to represent the Defendants in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and the Defendants respectfully request that this Court permit Ken Maeng to withdraw as attorney for the Defendants and remove him from the docket in the above referenced matter.

We appreciate the Court's time and attention in this matter.

Dated: December 23, 2019
         Flushing, New York

                                        **HANG & ASSOCIATES, PLLC**

                                        By: /s/ *Ken Maeng*
                                        Ken Maeng, Esq.
                                        136-20 38th Ave. Suite 10G
                                        Flushing, New York 11354
                                        Tel: (718) 353-8588
                                        kmaeng@hanglaw.com
                                        *Attorneys for Defendants*