# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 12, 2020

Shan Zhu, Esq.
Tel: (718) 353-8588
Fax: (718) 353-6288
Email: szhu@hanglaw.com

**VIA ECF**
**Magistrate Judge Steven M. Gold**
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

                                              Re: Merchan et al v. MTP Parking Lot et al
                                              Case No. 1:19-cv-03729-DLI-SMG
                                              Joint Status report

Dear Judge Gold:

       This firm is counsel for the Defendants in the above referenced case. I write jointly with the Plaintiffs' counsel to report the Court the status of this matter regarding the mediation schedule.

       Parties previously scheduled a mediation on November 6, 2020. ECF Dkt No. 17.

       Later on, Parties realized that the mediator was not on the email chain. Soon after the discovery of this issue, parties reach out to the mediator accordingly. Parties were informed that Ms. Berman is not available on the scheduled time nor in the month of November.

       In light of this, the parties jointly request the Court to allow parties to conduct the mediation in the month of December by either pointing another mediator or reschedule with Ms. Berman **and that the deadlines for the status report due on 11/12/20 and mediation report due on 11/20/20 be adjourned accordingly.**

       We thank the Court for its attention to and consideration of this matter **apologize for any invenience caused.**

                                                                                   Respectfully submitted,

                                                                                   ___/s/ *Shan Zhu*
                                                                                      Shan Zhu, Esq