## *Gordon & Gordon*
### *Attorneys at Law*

108-18 Queens Blvd., 6th Floor  
Forest Hills, N.Y. 11375

Phone: (718) 544-7070  
Fax:    (718) 544-0994

Peter S. Gordon, Esq.  
Maris R. Gordon, Esq.

www.gordonesq.com

February 3, 2021

Magistrate Judge Lois Bloom  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Chambers 1217,  
Brooklyn, New York 11201

         **Re: Merchan et al v. MTP Parking Lot et al**  
         **1:19-cv-03729-DLI-SMG**  
         **Joint Status Report**

Dear Bloom,

  Undersigned counsel represents the plaintiffs in the above referenced matter and this letter is submitted jointly with defense counsel in order to update the Court as to the status of the case. The case is scheduled for mediation via zoom on February 4, 2021 in front of Ms. Marjorie Berman, Esq.,  via zoom and all pre-mediation documents have been exchanged between all parties.

  I thank the Court for its consideration toward this matter.

                Respectfully submitted,

                _____  
                Supriya Kichloo, Esq