# Gordon & Gordon
## Attorneys at Law

108-18 Queens Blvd., 6th Floor
Forest Hills, N.Y. 11375

Phone: (718) 544-7070
Fax:    (718) 544-0994

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

www.gordonesq.com

April 14, 2021

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**VIA ECF**

                  **Re: Gustavo Merchan et al MTP Parking Lot et al**
                  **1:19-cv-03729-DLI-LB**

Dear Magistrate Judge Bloom,

    This firm represents the plaintiffs, Gustavo Merchan, Wilson Morocho, Diego Cajas and Jonathan Alejandro Espinoza Cajas in the above referenced matter. Given that Defendants' motion to substitute attorneys was granted on February 19, 2021 and the matter was not stayed, plaintiffs request an initial pre-trial conference in this matter so that the parties may proceed with the case, including entering into a discovery schedule forthwith.

    I thank the Court for its consideration toward this matter.

                                     Respectfully submitted,
                                     Gordon & Gordon, P.C.

                                     */s/Supriya Kichloo, Esq*
                                     Supriya Kichloo, Esq.

Cc:    Joshua Levin-Epstein
         Levin-Epstein & Associates, P.C.
         60 East 42nd Street
         Suite 4700
         New York, NY 10165
         212-792-0046
         Fax: 646-786-3170
         Email: joshua@levinepstein.com
         **VIA ECF**