## Gordon & Gordon
### Attorneys at Law

| | |
|---|---|
| 108-18 Queens Blvd., 6th Floor<br>Forest Hills, N.Y. 11375 | Peter S. Gordon, Esq.<br>Maris R. Gordon, Esq. |
| Phone: (718) 544-7070<br>Fax:     (718) 544-0994 | www.gordonesq.com |

April 5, 2022

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re: Merchan et al v. MTP Parking Lot et al**
        **1:19-cv-03729-DLI-SMG**

Dear Judge Bloom,

  Pursuant to Judge Irizarry's Order dated March 30, 2022, issued subsequent to the status letter filed by the parties on March 29, 2022, both parties hereby request a settlement conference with Your Honor.
  Undersigned counsel believes that at trial, Plaintiffs can prove damages in excess of $2,000,000.00, whereas the most recent settlement offer made by the defendants was $15,000.00. This is a huge gap and in my experience, it will take a verdict from a jury, for the defendant entities and their principal owner to the understand the magnitude of their actions.

  I thank the Court for its consideration toward this matter.

           Respectfully submitted,


           */s/Peter S. Gordon, Esq*
           Peter S. Gordon, Esq