# Gordon & Gordon
### Attorneys at Law

108-18 Queens Blvd., 6th Floor  
Forest Hills, N.Y. 11375

Phone: (718) 544-7070  
Fax:    (718) 544-0994

Peter S. Gordon, Esq.  
Maris R. Gordon, Esq.

www.gordonesq.com

April 22, 2022

Magistrate Judge Lois Bloom  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

          **Re: Merchan et al v. MTP Parking Lot et al**  
          **1:19-cv-03729-DLI-SMG**

Dear Judge Bloom,

  This office represents the Plaintiff in the above-captioned action. I have spoken with Mr. Mizrahi regarding the necessity of a brief adjournment of the settlement conference scheduled for Tuesday, April 26, 2022 at 10:30 AM. I am currently on trial in Supreme Court of the State of New York, County of Queens and will be unable to appear for the settlement conference. That trial should conclude on Wednesday. Ms Kichloo who has also appeared on this matter is out of the country on vacation and unavailable.

  Based on the trial schedule I can attend a telephone conference on April 26, 2022 at 9:00, 9:30 AM, 1:00 PM, 1:30 PM or 4:30PM and later; the same time schedule for Wednesday April 27, 2022. In anticipation of trial being completed I am available April 28 and April 29 all day.

  I thank the Court for its consideration toward this matter.

            Respectfully submitted,

            */s/Peter S. Gordon, Esq*  
            Peter S. Gordon, Esq