## Gordon & Gordon
### Attorneys at Law

**108-18 Queens Blvd., 6th Floor**
**Forest Hills, N.Y. 11375**

Phone: (718) 544-7070
Fax:    (718) 544-0994

**Peter S. Gordon, Esq.**
**Maris R. Gordon, Esq.**

www.gordonesq.com

April 28, 2022

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Merchan et al v. MTP Parking Lot et al**
**Index: 1:19-cv-03729-DLI-LB**

Dear Magistrate Judge Bloom,

    The undersigned counsel represents the Plaintiffs in the above matter and writes to the Court in order to provide a status on the date for the settlement conference and vaccination status of the plaintiffs, pursuant to the Order, dated April 22, 2022. The Order dated April 22, 2022 demanded both parties to submit a joint letter by April 28 2022, and that clients' be available either May 17, 2022 at 11:30 a.m. or June 02, 2022 at 11:00 a.m. and confirm clients' vaccination status.

    Counsel for Plaintiffs affirm that June 02, 2022 at 11: 00 a.m. would be the most convenient date for the Settlement Conference in that Mr. Gordon is engaged on trial on May 17, 2022. All of the Plaintiffs are vaccinated.

    Defendants MTP Parking Lot, MTP Investment Group, MTP Operating Corp, and LIC Operating 49 LLC (collectively, the "Defendants") are available on either of the proposed dates, with a preference of May 17, 2022 at 11:30 a.m. Defendants' principal is vaccinated.

    I thank the Court for its consideration in this matter.

Respectfully Submitted,

_/s/ Peter S. Gordon_
Peter S. Gordon, Esq.